UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-cv-20545-KMW

JOEL SANUDO,

    Plaintiff,

vs.

JOHNNY JONES,

    Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's report and recommendation (DE 8) on Plaintiff's amended civil rights complaint filed pursuant to 42 U.S.C. § 1983. No objections to the Report were filed and the time to do so has passed. Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The conclusions in the Report (DE 8) are **AFFIRMED AND ADOPTED** as provided below.

2. Plaintiff's excessive force claim against Defendant Officer Jones in his individual capacity shall proceed.

3. Plaintiff's claims against Defendant Officer Jones for mental and emotional injuries shall proceed.

4. To the extent Plaintiff is claiming deliberate indifference to a serious medical need, this claim is **DISMISSED WITHOUT PREJUDICE.**

5. Plaintiff's claims against Defendant Officer Jones in his official capacity are **DISMISSED WITHOUT PREJUDICE**.

6. Plaintiff's claim against Defendant Officer Jones for injunctive relief shall be **DENIED** at this time.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 2nd day of October, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

CC:

Joel Sanudo
190143439
Miami-Dade County-PDC
Pretrial Detention Center
Inmate Mail/Parcels
1321 NW 13th Street
Miami, FL 33125